Exhibit 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-403-937

**Effective Date of Registration:**
April 12, 2024
**Registration Decision Date:**
July 17, 2024

---

## Title

 **Title of Work:** Rock N Roll

## Completion/Publication

 **Year of Completion:** 2015
 **Date of 1st Publication:** June 11, 2018
 **Nation of 1st Publication:** Hungary

## Author

- **Author:** Abraham Sandor Szomor
 **Pseudonym:** popcult posters
 **Author Created:** 2-D artwork
 **Citizen of:** Hungary
 **Pseudonymous:** No

## Copyright Claimant

 **Copyright Claimant:** Abraham Sandor Szomor
 Tassi ut 59, Domsod, 2344, Hungary

## Rights and Permissions

 **Name:** Abraham Sandor Szomor
 **Email:** szomorab@gmail.com
 **Address:** Tassi ut 59
 Domsod 2344 Hungary

## Certification

 **Name:** David Denholm



# Certificate of Registration





This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-403-810

**Effective Date of Registration:**
April 12, 2024
**Registration Decision Date:**
July 17, 2024

---

## Title

**Title of Work:** Ed's Guitar

## Completion/Publication

**Year of Completion:** 2019
**Date of 1st Publication:** April 16, 2019
**Nation of 1st Publication:** Hungary

## Author

- **Author:** Abraham Sandor Szomor
  **Pseudonym:** popcult posters
  **Author Created:** 2-D artwork
  **Citizen of:** Hungary
  **Pseudonymous:** Yes

## Copyright Claimant

**Copyright Claimant:** Abraham Sandor Szomor
Tassi ut 59, Domsod, 2344, Hungary

## Rights and Permissions

**Name:** Abraham Sandor Szomor
**Email:** szomorab@gmail.com
**Address:** Tassi ut 59
Domsod 2344 Hungary

## Certification

**Name:** David Denholm



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-403-766

**Effective Date of Registration:**
April 12, 2024
**Registration Decision Date:**
July 17, 2024

---

## Title

| | |
|---|---|
| **Title of Work:** | Flea's Bass |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2020 |
| **Date of 1st Publication:** | October 06, 2020 |
| **Nation of 1st Publication:** | Hungary |

## Author

| | |
|---|---|
| **•** **Author:** | Abraham Sandor Szomor |
| **Pseudonym:** | popcult posters |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | Hungary |
| **Pseudonymous:** | Yes |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Abraham Sandor Szomor |
| | Tassi ut 59, Domsod, 2344, Hungary |

## Rights and Permissions

| | |
|---|---|
| **Name:** | Abraham Sandor Szomor |
| **Email:** | szomorab@gmail.com |
| **Address:** | Tassi ut 59 |
| | Domsod 2344 Hungary |

## Certification

| | |
|---|---|
| **Name:** | David Denholm |



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

**VA 2-414-824**

**Effective Date of Registration:**
April 12, 2024

**Registration Decision Date:**
September 27, 2024

---

## Title

**Title of Work:** Jenson

## Completion/Publication

**Year of Completion:** 2021
**Date of 1st Publication:** October 18, 2021
**Nation of 1st Publication:** Hungary

## Author

- **Author:** Abraham Sandor Szomor
  **Pseudonym:** popcult posters
  **Author Created:** 2-D artwork
  **Citizen of:** Hungary
  **Pseudonymous:** Yes

## Copyright Claimant

**Copyright Claimant:** Abraham Sandor Szomor
Tassi ut 59, Domsod, 2344, Hungary

## Limitation of copyright claim

**Material excluded from this claim:** photograph of protagonist's helmet

**New material included in claim:** 2-D artwork, collage, all other elements, including the gradient background.

## Rights and Permissions

**Name:** Abraham Sandor Szomor
**Email:** szomorab@gmail.com
**Address:** Tassi ut 59
Domsod 2344 Hungary

Page 1 of 2



# Certificate of Registration




This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-414-673

**Effective Date of Registration:**
April 12, 2024
**Registration Decision Date:**
September 26, 2024

---

## Title
_____

**Title of Work:** Jochen

## Completion/Publication
_____

**Year of Completion:** 2020
**Date of 1st Publication:** October 18, 2021
**Nation of 1st Publication:** Hungary

## Author
_____

- **Author:** Abraham Sandor Szomor
  **Pseudonym:** popcult posters
  **Author Created:** 2-D artwork
  **Citizen of:** Hungary
  **Pseudonymous:** Yes

## Copyright Claimant
_____

**Copyright Claimant:** Abraham Sandor Szomor
Tassi ut 59, Domsod, 2344, Hungary

## Limitation of copyright claim
_____

**Material excluded from this claim:** photograph of protagonist's helmet

**New material included in claim:** 2-D artwork, collage, all other elements, including the gradient background.

## Rights and Permissions
_____

**Name:** Abraham Sandor Szomor
**Email:** szomorab@gmail.com
**Address:** Tassi ut 59
Domsod 2344 Hungary

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-403-825

**Effective Date of Registration:**
April 12, 2024
**Registration Decision Date:**
July 17, 2024

---

## Title

**Title of Work:** Al's Guitar

## Completion/Publication

**Year of Completion:** 2020
**Date of 1st Publication:** January 04, 2020
**Nation of 1st Publication:** Hungary

## Author

- **Author:** Abraham Sandor Szomor
  **Pseudonym:** popcult posters
  **Author Created:** 2-D artwork
  **Citizen of:** Hungary
  **Pseudonymous:** Yes

## Copyright Claimant

**Copyright Claimant:** Abraham Sandor Szomor
Tassi ut 59, Domsod, 2344, Hungary

## Rights and Permissions

**Name:** Abraham Sandor Szomor
**Email:** szomorab@gmail.com
**Address:** Tassi ut 59
Domsod 2344 Hungary

## Certification

**Name:** David Denholm

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-403-936

**Effective Date of Registration:**
April 12, 2024
**Registration Decision Date:**
July 17, 2024

---

## Title

**Title of Work:** Fear

## Completion/Publication

**Year of Completion:** 2016
**Date of 1st Publication:** February 04, 2018
**Nation of 1st Publication:** Hungary

## Author

- **Author:** Abraham Sandor Szomor
  **Pseudonym:** popcult posters
  **Author Created:** 2-D artwork
  **Citizen of:** Hungary
  **Pseudonymous:** No

## Copyright Claimant

**Copyright Claimant:** Abraham Sandor Szomor
Tassi ut 59, Domsod, 2344, Hungary

## Rights and Permissions

**Name:** Abraham Sandor Szomor
**Email:** szomorab@gmail.com
**Address:** Tassi ut 59
Domsod 2344 Hungary

## Certification

**Name:** David Denholm



# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.



United States Register of Copyrights and Director



**Registration Number**

## VA 2-414-826

**Effective Date of Registration:**
April 12, 2024
**Registration Decision Date:**
September 27, 2024

---

## Title

**Title of Work:**   Fernando

## Completion/Publication

**Year of Completion:**   2021
**Date of 1st Publication:**   October 18, 2021
**Nation of 1st Publication:**   Hungary

## Author

•   **Author:**   Abraham Sandor Szomor
**Pseudonym:**   popcult posters
**Author Created:**   2-D artwork
**Citizen of:**   Hungary
**Pseudonymous:**   Yes

## Copyright Claimant

**Copyright Claimant:**   Abraham Sandor Szomor
Tassi ut 59, Domsod, 2344, Hungary

## Limitation of copyright claim

**Material excluded from this claim:**   photograph of protagonist's helmet

**New material included in claim:**   2-D artwork, collage, all other elements, including the gradient background.

## Rights and Permissions

**Name:**   Abraham Sandor Szomor
**Email:**   szomorab@gmail.com
**Address:**   Tassi ut 59
Domsod 2344 Hungary

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

**VA 2-403-805**

**Effective Date of Registration:**
April 12, 2024
**Registration Decision Date:**
July 17, 2024

---

## Title

**Title of Work:** Blues Guitar

## Completion/Publication

**Year of Completion:** 2018
**Date of 1st Publication:** November 23, 2018
**Nation of 1st Publication:** Hungary

## Author

- **Author:** Abraham Sandor Szomor
  **Pseudonym:** popcult posters
  **Author Created:** 2-D artwork
  **Citizen of:** Hungary
  **Pseudonymous:** Yes

## Copyright Claimant

**Copyright Claimant:** Abraham Sandor Szomor
Tassi ut 59, Domsod, 2344, Hungary

## Rights and Permissions

**Name:** Abraham Sandor Szomor
**Email:** szomorab@gmail.com
**Address:** Tassi ut 59
Domsod 2344 Hungary

## Certification

**Name:** David Denholm



# Certificate of Registration





This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-403-764

**Effective Date of Registration:**
April 12, 2024
**Registration Decision Date:**
July 17, 2024

---

## Title

**Title of Work:** Kerry

## Completion/Publication

**Year of Completion:** 2016
**Date of 1st Publication:** February 22, 2018
**Nation of 1st Publication:** Hungary

## Author

- **Author:** Abraham Sandor Szomor
  **Pseudonym:** popcult posters
  **Author Created:** 2-D artwork
  **Citizen of:** Hungary
  **Pseudonymous:** Yes

## Copyright Claimant

**Copyright Claimant:** Abraham Sandor Szomor
Tassi ut 59, Domsod, 2344, Hungary

## Rights and Permissions

**Name:** Abraham Sandor Szomor
**Email:** szomorab@gmail.com
**Address:** Tassi ut 59
Domsod 2344 Hungary

## Certification

**Name:** David Denholm

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-414-671

**Effective Date of Registration:**
April 12, 2024
**Registration Decision Date:**
September 26, 2024

---

## Title

**Title of Work:** Mario

## Completion/Publication

**Year of Completion:** 2021
**Date of 1st Publication:** October 18, 2021
**Nation of 1st Publication:** Hungary

## Author

- **Author:** Abraham Sandor Szomor
  **Pseudonym:** popcult posters
  **Author Created:** 2-D artwork
  **Citizen of:** Hungary
  **Pseudonymous:** Yes

## Copyright Claimant

**Copyright Claimant:** Abraham Sandor Szomor
Tassi ut 59, Domsod, 2344, Hungary

## Limitation of copyright claim

**Material excluded from this claim:** photograph of protagonist's helmet

**New material included in claim:** 2-D artwork, collage, all other elements, including the gradient background.

## Rights and Permissions

**Name:** Abraham Sandor Szomor
**Email:** szomorab@gmail.com
**Address:** Tassi ut 59
Domsod 2344 Hungary

